26-mj-1170-DLC
26-mj-1171-DLC
26-mj-1172-DLC
26-mj-1173-DLC
26-mj-1174-DLC

**AFFIDAVIT OF SPECIAL AGENT JASON KENTROS IN SUPPORT OF AN APPLICATION FOR A COMPLAINT**

I, Special Agent Jason Kentros, being duly sworn, state as follows:

**INTRODUCTION**

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since January 2017. I am currently assigned to the FBI Boston Violent Crimes Task Force ("VCTF"), which is comprised of personnel of the FBI, Massachusetts State Police, and the Boston, Malden, Somerville, and Dedham Police Departments. As a Special Agent with the VCTF, I have repeatedly responded to incidents involving violent encounters, including robberies. I have also received specialized training regarding investigative techniques including interviewing witnesses and collecting and reviewing video and other electronic evidence, evidence collection, and evidence preservation, and have experience in applying those techniques in violent crime investigations.

2. I am aware that 18 U.S.C. § 1546(a) makes it a crime to, among other things, possess, obtain, accept, or receive a visa or other document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, knowing it to have been procured by means of any false claim or statement, or to have been otherwise procured by fraud or unlawfully obtained. I also know that 18 U.S.C. § 371 makes it a crime to conspire to commit a crime against the United States, including visa fraud.

1

3. I submit this affidavit in support of an application for a complaint charging

(1) JITENDRAKUMAR Patel;

(2) MAHESHKUMAR Patel;

(3) SANJAYKUMAR Patel;

(4) DIPIKABEN Patel;

(5) RAMESHBHAI Patel;

(6) AMITABAHEN Patel;

(7) RONAKKUMAR Patel;

(8) SANGITABEN Patel;

(9) MINKESH Patel;

(10) SONAL Patel; and

(11) MITUL Patel

with conspiracy to commit visa fraud, in violation of 18 U.S.C. § 371.

4. The statements in this affidavit are based in part on information provided by other law enforcement officers, including those with experience in enforcing immigration laws, statements of witnesses, information gleaned from third parties, review of records, and on other aspects of my investigation of this matter. Since this affidavit is being submitted for the limited purpose of securing a complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the complaint.

5. Based on the facts set forth in this affidavit, I have probable cause to believe that the crime of conspiracy to commit visa fraud, in violation of 18 U.S.C. § 371, has been committed by (1) JITENDRAKUMAR Patel; (2) MAHESHKUMAR Patel; (3) SANJAYKUMAR Patel; (4) DIPIKABEN Patel; (5) RAMESHBHAI Patel; (6) AMITABAHEN Patel; (7) RONAKKUMAR

Patel; (8) SANGITABEN PATEL; (9) MINKESH Patel; (10) SONAL Patel; and (11) MITUL Patel.

## I. BACKGROUND

6. On December 13, 2023, this Court authorized a complaint charging Rambhai PATEL and Balwinder SINGH with conspiracy to commit visa fraud in violation of 18 U.S.C. § 371. *See* 23-MJ-1510-DLC. The complaint establishes probable cause to believe that from at least March 22, 2023 through October 28, 2023, PATEL and SINGH, along with others then known and unknown to investigators, conspired to commit visa fraud and one or more of such persons committed at least one act in furtherance of the conspiracy. A copy of that complaint is attached hereto as Exhibit 1 and is incorporated herein by reference.[1]

7. As more fully discussed in Exhibit 1, there is probable cause to believe that the members of the conspiracy staged multiple armed robberies for the purpose of supporting fraudulent visa applications.

8. The staged armed robberies were committed in furtherance of fraudulent applications for U nonimmigration status (U visas), which are available to victims of certain crimes who have suffered mental or physical abuse and who have been helpful to law enforcement in the investigation or prosecution of criminal activity.[2]

9. Cooperating Witness-1 ("CW-1")[3] related the following to federal agents:

---

[1] PATEL and SINGH were later indicted by a grand jury, pled guilty to the charge against them, and were sentenced. *See* 24-CR-10044 (D. Mass.).

[2] *See generally*, https://www.uscis.gov/humanitarian/victims-of-criminal-activity-u-nonimmigrant-status (last visited November 25, 2025).

[3] [redacted]

a. Since early 2023, CW-1 participated in a scheme with PATEL, SINGH, and others that involved setting up and carrying out staged armed robberies of pre-determined commercial businesses for the purpose of rendering employees present during the purported robberies to be "victims of a violent crime" such that they would be seemingly qualified to apply for U visa status.

b. PATEL explained to CW-1 that CW-1 would be going into stores to commit robberies and that the people inside the stores would be aware that they were going to be robbed. PATEL advised CW-1 that some of the people who acted as victims did not work at the store and traveled from out of state to take part in the staged armed robbery. CW-1 explained that those people posing as victims were doing so to "get papers" to allow them to stay in the country.

c. CW-1 said that each victim paid PATEL approximately $10,000 to take part in the staged robberies for the purpose of receiving "papers."[4] PATEL knew the store owners[5] and the store owners allowed their respective stores to be

---

[4] CW-1 later clarified that by "papers" he meant green cards or visas.

[5] While CW-1 referred to these individuals as owners, investigators would later learn through victim interviews and review of business records that some of these individuals often worked as

used for the staged armed robberies. CW-1 understood that the store owners were fully aware of the robberies. PATEL paid each owner approximately $1,500 to $2,000 to use the store for a robbery.

d. During the staged armed robberies, PATEL would be in contact with the target store's owner or an employee who would notify PATEL when the store was empty. PATEL would in turn instruct CW-1 to go inside to "commit" the robbery.

10. In addition, on November 15, 2023, CW-1 engaged in a recorded call with PATEL and an FBI Undercover Employee (hereinafter "UCE"). As more fully detailed in Exhibit 1 ¶ 17, during that call, in which the UCE posed as an individual willing to commit the staged robberies, PATEL explained to the UCE how the staged robbery scheme would play out.

11. Cooperating Witness-2 ("CW-2")[6] related the following additional information to federal agents:

---

the General Manager responsible for the day-to-day operations of the store but were not the registered owner of the business.

[6] 

a. For each robbery, the owners of the store were informed of an approximate date and time during which the robbery would occur. They were told to limit the amount of cash they kept in the cash register to limit the loss amount, which would be returned to the owner of the store following the robbery.

b. At least one of the victims in the purported robberies would be on the phone with PATEL during the commission of the robberies. The victim would inform PATEL when the store was clear of customers. PATEL would then relay the information to CW-1, who was normally waiting in a nearby vehicle. Once the all-clear call was given by PATEL, CW-1 would then effectuate the "robbery."

c. Purported victims of the staged armed robberies were provided with instructions on how to impede and obstruct the initial police response to facilitate the escape of co-conspirators. Specifically, the purported victims were instructed to delay the 911 call at least five minutes to provide the robber to flee the area prior to police arriving.

d. Purported victims were also instructed to obstruct the follow-on police investigations to avoid the arrest of CW-1.[7]

e. Some purported victims were instructed to seek medical assistance following the staged armed robbery, as medical documentation could help substantiate victim status in the U-Visa application process.

---

[7] One of the qualifications for U-Visa applicants is continued and ongoing cooperation with police agencies to help identify, arrest, and prosecute perpetrators.

f.  Each victim reportedly paid PATEL approximately $20,000-$30,000 in U.S. currency for the opportunity to participate as a victim in a staged armed robbery, with approximately three to four victims per robbery. PATEL would then pay CW-1 approximately $10,000 per robbery he committed.

12.  During the course of the investigation, investigators identified more than a dozen robberies, occurring throughout the eastern United States, for which there is probable cause to believe that the co-conspirators, including CW-1 and PATEL, participated in staging in furtherance of a visa fraud scheme.  In at least six of those robberies, the individuals discussed in this Complaint also participated.[8]

13.  The staged armed robberies relevant to this Complaint are identified in the below chart.  The allegations in the paragraphs below describing the robberies are drawn from the proffers with CW-1 and CW-2, as well as other evidence gathered during the investigation, including interviews, police reports, and immigration filings.

| Date | Commercial Store | Location | Defendant(s) Directly Involved |
|---|---|---|---|
| 3/22/23 | Richdale Food Shops | Hingham, MA | JITENDRAKUMAR Patel |
| 3/22/23 | Super Mart | Randolph, MA | MAHESHKUMAR Patel |
| 6/6/23 | Michael's Wine & Spirits | Weymouth, MA | RAMESHBHAI Patel<br>DIPIKABEN Patel<br>SANJAY Patel |
| 6/9/23 | Yogi's Liquors | Marshfield, MA | JITENDRAKUMAR Patel |

---

[8] There are several other such robberies that investigators believed are linked to PATEL and CW-1 and the scheme outlined herein.  This affidavit focuses on those MA robberies that involve the defendants charged in this indictment.

| | | | |
|---|---|---|---|
| 9/11/23 | Jimmy's Market & Liquors | Randolph, MA | SANGITABEN Patel<br>MINKESH Patel<br>AMITABAHEN Patel<br>SONAL Patel<br>RONAKKUMAR Patel |
| 10/28/23 | Austin Liquor's | Worcester, MA | MITUL Patel |

**Richdale Food Shops, 185 Lincoln Street, Hingham, MA (March 22, 2023)**

14. On March 22, 2023, at approximately 1:45 p.m., CW-1[9] entered the Richdale Food Shops, at 185 Lincoln Street, Hingham, MA. According to police reports, there were three people in the store,[10] including JITENDRAKUMAR, located behind the counter, at the time.[11] CW-2 told law enforcement that JITENDRAKUMAR had arranged with PATEL to set up a staged armed robbery at the store that JITENDRAKUMAR owned with a business partner in Hingham, in which JITENDRAKUMAR and two other individuals would participate as purported victims for the purpose of obtaining U-Visas. JITENDRAKUMAR paid PATEL $60,000 for the three purported victims (including himself) to participate in this staged armed robbery.

15. According to Hingham PD reports, JITENDRAKUMAR identified himself as the owner of that store and Yogi's Liquor store in Marshfield, MA (in which a similar staged robbery was conducted on June 9, 2023, discussed herein). JITENDRAKUMAR reported that at

---

[9] In this and other robberies detailed herein, CW-1 has identified himself in surveillance images as the perpetrator who went into the stores to conduct the robberies.

[10] While investigators believe that all purported victims in the above-identified staged armed robberies, including the two aforementioned un-identified co-conspirators in the Marshfield robbery, were aware and part of the conspiracy, the others are not being charged at this time.

[11] ███████████████████████████████████████████████████████████████████████

8

approximately 1:45 p.m., a man came into the Richdale Food Shops store in Hingham brandishing a handgun and demanding all the money in the register. JITENDRAKUMAR stated that the robber pointed the gun at him and two others in the store (initials S.S. and P.P.). JITENDRAKUMAR provided security footage to the police and asked police to seek medical assistance for one of the other "victims" because of their high blood pressure. JITENDRAKUMAR provided his telephone number (ending in -4464) to Hingham PD.

16. PATEL's call detail records,[12] revealed that, starting on March 1, 2023, PATEL's phone was in contact with JITENDRAKUMAR's number at least five times between March 1, 2023 and May 15, 2023. The first was a 70-second call from PATEL to JITENDRAKUMAR. On March 10, 2023, JITENDRAKUMAR called PATEL for 127 seconds.

17. PATEL's phone was seized and searched pursuant to a federal search warrant. *See* 23-MJ-1559-1560-DLC. Cell phone data show that on March 14, 2023, eight days before the staged robbery at Richdale Food Shop, JITENDRAKUMAR sent PATEL a message that included a screenshot of Google Map directions to the Richdale Food Shop. On March 22, 2023, the day of the staged robbery, there was an increase in communication between them, with JITENDRAKUMAR calling PATEL three times and sending him two since-deleted messages. That evening, JITENDRAKUMAR sent PATEL a link to a news story about the robbery.

18. On April 10, 2023, JITENDRAKUMAR sent PATEL photos of the police report regarding the robbery. Over a month later, on May 15, 2023, PATEL sent JITENDRAKUMAR a pdf titled "Patel Statement U Visa."[13]

---

[12] PATEL's phone is provided service by T-Mobile, is subscribed in the name of PATEL, and is assigned a phone number ending in -0246. CW-1 also confirmed that PATEL utilized the PATEL phone, which CW-1 used to communicate with PATEL regularly.

[13] The file was unable to be opened; it appeared to be corrupted.

19. After the Richdale Food Shop robbery, an individual who identified himself as an attorney (hereinafter PERSON 1) emailed Hingham Police Records and identified his firm as immigration attorneys for JITENDRAKUMAR and the other two purported victims of the Hingham robbery (S.S. and P.P.). In the cover email and the attached letter, PERSON 1 wrote that his clients were victims of "qualifying crimes" at the store that permitted application for immigration benefits if they assisted the investigative authority. He requested that the Hingham Police Department certify an attached Form 918-B for his clients, verifying that they had been victims of a qualifying crime for purposes of applying for a U-visa.

20. Two of the three forms were signed by a police department representative and returned to the attorney. JITENDRAKUMAR's form has not yet been certified. On April 10, 2023 and May 1, 2023, PATEL's phone was in contact with a telephone number that a LexisNexis check indicated was associated with PERSON 1.

21. Additionally, according to CW-2, JITENDRAKUMAR arranged with PATEL to set up a staged armed robbery on June 9, 2023, at Yogi's Liquors at 1852 Ocean Street in Marshfield, Massachusetts, a store that JITENDRAKUMAR partially owned, for the purpose of obtaining U-Visas for JITENDRAKUMAR's brother-in-law and two other purported victims. CW-1 conducted that staged armed robbery on that date at approximately 12:30pm. Three purported victims were present, including JITENDRAKUMAR's brother-in-law.

22. PATEL's call records show that there were two calls between JITENDRAKUMAR and PATEL within approximately a month before the Marshfield robbery. Specifically, there was a 16-second call from JITENDRAKUMAR to PATEL on April 29, 2023, followed by a 184-second call from PATEL to JITENDRAKUMAR on June 7, 2023, two days prior to the robbery.

23. Based on the visa fraud scheme detailed herein, the telephonic and text contact between PATEL and JITENDRAKUMAR after the Hingham robbery and before the Marshfield

robbery, and the Form 918-B certification sought on behalf of JITENDRAKUMAR for the Hingham robbery, I submit that there is probable cause to believe that JITENDRAKUMAR conspired with PATEL and others known and unknown to engage in visa fraud.

### Super Mart, 1151 N. Main Street, Randolph, MA (March 22, 2023)

24. Also on March 22, 2023, at approximately 7:45 p.m. (the same day as the Hingham robbery, but about six hours later), CW-1 entered Super Mart, at 1151 N. Main Street, Randolph, MA. There were three people in the store, including MAHESHKUMAR Patel. According to the police report, MAHESHKUMAR informed responding officers that the store had been robbed and that a firearm had been brandished by the robber. MAHESHKUMAR also informed police that the suspect was a white male, approximately six feet tall wearing a white jacket with black stripes.[14] MAHESHKUMAR provided his phone number, which ended in -3166.

25. CW-2 told law enforcement that MAHESHKUMAR had arranged with PATEL to set up a staged armed robbery, in which MAHESHKUMAR and two other individuals would participate as purported victims for the purpose of obtaining U-Visas. According to CW-2, MAHESHKUMAR paid PATEL approximately $15,000 or 25,000 to participate in this staged armed robbery,[15] and the female robbery victim paid $10,000.

26. Cell phone data shows that from April 11, 2022 to December 7, 2023, MAHESHKUMAR communicated with PATEL. Communication between the two increased in or around March 14, 2023, about a week before the Super Mart staged robbery. On March 22,

---

[14] Surveillance footage from inside the Super Mart revealed the suspect in the robbery was in fact wearing a black jacket with grey sleeves.

[15] ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

2023, the day of the robbery, there were two missed phone calls between MAHESHKUMAR and PATEL.[16]

27.     After the Super Mart robbery on March 22, 2023, an individual identifying himself as PERSON 1 emailed Randolph Police Records and identified his firm as immigration attorneys for MAHESHKUMAR.  In the cover email and the attached letter, PERSON 1 wrote that his client was a victim of "qualifying crimes" at the store that permitted application for immigration benefits if he assisted the investigative authority.  He requested that the Randolph Police Department certify an attached Form 918-B for his client.[17]

28.     Based on the visa fraud scheme detailed herein, the telephonic and text contact between PATEL and MAHESHKUMAR before the Super Mart and Jimmy's Market Liquors staged robberies, and the Form 918-B certification sought on behalf of MAHESHKUMAR, I submit that there is probable cause to believe that MAHESHKUMAR conspired with PATEL and others known and unknown to engage in visa fraud.

---

[16] On September 2, 2023, MAHESHKUMAR sent PATEL a photograph of a MA lottery ticket, which included on it the number of another purported victim from a staged robbery at Jimmy's Market Liquors on September 11, 2023, discussed further herein.

[17] In addition, one of the other two purported victims (G.P.) submitted a 918-B for authorization to the Randolph Police Department with a different attorney.  Both MAHESHKUMAR and G.P.'s applications for U-Visa status were received but have not yet been adjudicated by the Department of Homeland Security.

**Michael's Wine & Spirits, 461 Washington Street, Weymouth, MA (June 6, 2023)**

29. On June 6, 2023, at approximately 12:40 p.m., CW-1 entered Michael's Wine & Spirits at 461 Washington Street, Weymouth, MA. There were two people in the store, siblings RAMESHBHAI Patel (the brother) and DIPIKABEN Patel (the sister), who were located behind the counter at the time. When law enforcement responded to the staged armed robbery, RAMESHBHAI and DIPIKABEN told responding officers that they were working as clerks at the store, and that someone came in and brandished a gun, and left with approximately $600. They also reported that the robber ordered them on the ground and kicked RAMESHBHAI to get him down. DIPIKABEN described the robber as a white male.[18]

30. According to CW-2, RAMESHBHAI previously lived with PATEL in New York and RAMESHBHAI had arranged with PATEL to set up a staged armed robbery at the store that DIPIKABEN owned in Weymouth, in which RAMESHBHAI and DIPIKABEN would participate as purported victims for the purpose of obtaining U-Visas. According to CW-2, RAMESHBHAI paid PATEL between $30,000 and $35,000 to participate in the robbery. RAMESHBHAI lived in Kentucky at the time and travelled to Massachusetts for the staged robbery at Michael's Wine & Spirits. According to CW-2, RAMESHBHAI and PATEL were speaking over the phone during the robbery.

31. According to Weymouth Police reports, RAMESHBHAI provided his telephone number (XXX-XXX-9269) to Weymouth P.D. PATEL's call detail records, starting on March 1, 2023 revealed that beginning on May 2, 2023, and ending on August 4, 2023, the PATEL phone and RAMESHBHAI's -9269 phone had nine contacts. Specifically, on May 2, 2023,

---

[18] On January 25, 2024, DIPIKABEN agreed to a post-Miranda interview with FBI. While she acknowledged that both she and her brother were at the store on the day of the staged robbery, she claimed not to know it was a set up and said that she never spoke to anyone about it being a setup. Based on the evidence discussed previously and herein, agents did not find those claims credible.

13

RAMESHBHAI called PATEL three times for 4, 3, and 90 seconds. On May 7, 2023, PATEL called RAMESHBHAI for 11 seconds and on June 5, 2023 (the day before the Weymouth robbery), for 1 second. On June 8, 2023, PATEL called RAMESHBHAI two times, for 10 and 12 seconds, respectively. On June 13, 2023, PATEL called RAMESHBHAI for 301 seconds. Finally, on August 4, 2023, PATEL called RAMESHBHAI for 179 seconds.

32.     Data from the search of PATEL's phone indicates that, on June 6, 2023, the day of the robbery, RAMESHBHAI sent PATEL three photographs of a computer screen, which captured stills from a security camera that filmed the staged robbery as it happened.

33.     Investigators have no evidence of direct telephonic contact between DIPIKABEN and PATEL. However, data from the search of PATEL's phone indicates that from September 12, 2022 to June 6, 2023, the phone belonging to DIPIKABEN's husband SANJAYKUMAR ("SANJAY") Patel (ending in -9269) was in communication with PATEL's phone.[19] Specifically, these records indicate that on June 2, 2023, SANJAY sent PATEL the name and address of Michael's Wine and Spirits and provided him with a Google maps link to the store via WhatsApp.[20]

34.     On June 6, 2023, the date of the staged robbery at Michael's Wine and Spirits, SANJAY provided PATEL with another address, which CW-2 identified as the house that PATEL went to pick up the money paid for the robbery of Michael's Wine & Spirits. According to CW-2, SANJAY and DIPIKABEN live at that address, and PATEL went to that address to pick up the money they paid PATEL for DIPIKABEN's participation as a purported victim. SANJAY and DIPIKABEN also provided this address as their own to the PD after the staged robbery.

---

[19] SANJAY provided this number to the Weymouth Police Department, which was included in one of their reports. The number was also saved on Patel's phone under the name "Sanjay." Finally, when interviewed by the FBI, SANJAY provided the number as his own.

[20] On January 23, 2024, SANJAY agreed to a post-Miranda interview with FBI. He confirmed his relationship to DIPIKABEN and DIPIKAABEN's relationship to RAMESHBHAI. And he confirmed RAMESHBHAI's number, ending in -9269.

35. On or about August 11, 2023, Weymouth P.D. received a Form 918-B for DIPIKABEN. The form indicated, among other things, that while DIPIKABEN was working at Michael's Wine & Spirits on June 6, 2023, a masked man entered, went behind the counter, demanded money, forced DIPIKABEN and RAMESHBHAI to the ground, kicked RAMESHBHAI, and brandished a gun. It is unclear who submitted the form; it was delivered by hand to the police department and did not include a cover letter or other transmittal information.

36. Based on the visa fraud scheme detailed herein and the communication between PATEL and RAMESHBHAI before and after the date of the staged robbery at Michael's Wine and Spirits, I submit that there is probable cause to believe that RAMESHBHAI conspired with PATEL and others known and unknown to engage in visa fraud.

37. Based on the visa fraud scheme orchestrated by PATEL, the several telephonic contacts between PATEL and SANJAY before and after the date of the robbery on June 6, 2023, the payment made by SANJAY on DIPIKABEN's behalf, and the Form 918-B certification sought on behalf of SANJAY's spouse DIPIKABEN, I submit that there is probable cause to believe that SANJAY conspired with PATEL and others known and unknown to engage in visa fraud.

38. Based on the visa fraud scheme orchestrated by PATEL, the several telephonic contacts between PATEL and DIPIKABEN's spouse (SANJAY) before and after the date of the robbery on June 6, 2023, the payment made by SANJAY on DIPIKABEN's behalf, DIPIKABEN's participation in the scheme as a purported victim, and the Form 918-B certification sought on behalf of DIPIKABEN, I submit that there is probable cause to believe that DIPIKABEN conspired with PATEL and others known and unknown to engage in visa fraud.

**Jimmy's Market & Liquors, 1065 N. Main Street, Randolph, MA (September 11, 2023)**

39. On September 11, 2023, at approximately 8:41 a.m., CW-1 entered Jimmy's Market & Liquors, at 1065 N. Main Street, Randolph, MA and conducted a staged armed robbery.

According to Randolph police reports, there were three purported victims present. One was SONAL Patel (wife of MINKESH Patel). Another was SANGITABEN Patel (who also goes by Sanjita and is the sister of RONAKKUMAR Patel).[21] The third was AMITABAHEN Patel, whose husband knows RONAKKUMAR from the village they both came from in India.

40. According to CW-2, PATEL set up a staged armed robbery at this store, for the purpose of obtaining U-Visas for the three purported victims, and in exchange for approximately $52,000 in payments from the three purported victims.

41. Data from PATEL's cell phone revealed that from September 9, 2023 through October 2, 2023, PATEL and SANGITABEN were in communication.

42. Data from PATEL's cell phone also indicates that from September 9, 2023 through September 11, 2023, PATEL and MINKESH were in communication. On September 9, 2023, PATEL sent MINKESH the home address of AMITABAHEN and, seconds later, PATEL sent MINKESH the address of the store.

43. Surveillance footage and records revealed that MINKESH and SONAL traveled to Massachusetts for the robbery.[22] On September 10, 2023, MINKESH wrote PATEL the following: "Flight late take off 1 hour late" and "Do I have to stay at motel Or not." MINKESH continued to

---

[21] On January 22, 2024, SANGITABEN agreed to a post-Miranda interview with FBI. During the interview, she stated that she and SONAL were at the store during what she discussed as an armed robbery; she did not know it was going to happen and was unaware if anyone paid for the robbery. Based on the evidence discussed previously and herein, agents did not find those claims credible.

[22] Law enforcement review of local LPRs on that date of the robbery revealed that at 9:33 a.m. EST a blue four door sedan with RI registration 1LI824 departed the vicinity of Falls Blvd on Quincy Ave. RI registration 1LI824 is registered to EAN Holdings LLC, known to law enforcement as the holding company of Enterprise, Alamo, and National Car Rentals. Further LPR checks reveal RI registration 1LI824 hit on an LPR in Randolph, MA located on North Main Street at Russ Street on September 10 at 11:52 p.m. and on September 11th at 10:53 a.m. Follow-on law enforcement inquiry with National Car Rental revealed RI registration 1LI824 was a rental out of National Car Rental's location at Logan Airport, Boston, MA on September 10 at approximately 10 p.m. and returned to the same location on September 11 at 4:34 p.m. National Car Rental provided the car renter as MINKESH.

provide updates on travel. On September 11, 2023, at 2:37 a.m., PATEL sent MINKESH a phone number and AMITABAHEN's name. He also sent the address of H Mart, a supermarket chain, where PATEL's associate would collect payment for the staged robberies from purported victims.

44. Between September 5, 2023 and November 25, 2023, RONAKKUMAR Patel (SANGITABEN's brother) was in contact with PATEL. On September 8, 2023, three days prior to the staged armed robbery, PATEL wrote the following to RONAKKUMAR: "Call me asap" and "Tell him and send me his number."

45. On September 9, 2023, three days before the robbery, PATEL sent AMITABAHEN the address of Jimmy's Market & Liquors via WhatsApp.[23,24] On or around October 18, 2023, PERSON 1 emailed Randolph Police Records and identified his firm as immigration attorneys for SONAL. In the cover email and the attached letter, PERSON 1 wrote that his client was a victim of "qualifying crimes" at the store that permitted application for immigration benefits if he assisted the investigative authority. He requested that the Randolph Police Department certify an attached Form 918-B for his client.

46. The Randolph Police Department also received a letter dated October 24, 2023 from another person identifying himself as an attorney and identifying SANGITABEN as another purported victim of a felony assault, which was a qualified criminal activity that made her eligible to petition for a U visa.[25] He requested that the Randolph Police Department certify an attached 918-B for his client.

---

[23] AMITABAHEN provided the number, ending in -3092, to the police department. That number is saved in PATEL's phone under her name.

[24] On September 24, 2023, AMITABAHEN sent PATEL the name and address of a gas station in Somerset that CW-2 identified as another location where PATEL arranged for a staged robbery.

[25] During her interview, SANGITABEN stated that she spoke to a lawyer after the robbery but was unsure if the lawyer had done anything on her behalf. SANGITABEN further stated that she does not know anything about a U-visa as it related to the robbery and that she does not need a visa.

47. Based on the visa fraud scheme detailed herein, the telephonic contact between PATEL and MINKESH before the robbery, SONAL and MINKESH's travel to Massachusetts for the robbery, SONAL's participation in the staged armed robbery as a purported victim, and SANGITABEN's submission of a Form 918-B for certification, I submit that there is probable cause to believe that both MINKESH and SONAL conspired with PATEL and others known and unknown to engage in visa fraud.

48. In addition to the above conduct, on September 21, 2023, RONAKKUMAR sent PATEL a Google maps link to a Subway restaurant in Massachusetts; on September 29, 2023, PATEL arranged a staged armed robbery at that Subway. RONAKKUMAR put PATEL in touch with one of the purported victims of that robbery.

49. Based on the visa fraud scheme detailed herein, the telephonic contact between PATEL and RONAKKUMAR before the staged robberies at Jimmy's Market & Liquors and Subway, SANGITABEN's participation in the Jimmy's Market & Liquors staged armed robbery, and SANGITABEN's submission of a Form 918-B for certification, I submit that there is probable cause to believe that both RONAKKUMAR and SANGITABEN conspired with PATEL and others known and unknown to engage in visa fraud.

50. Based on the visa fraud scheme detailed herein, the telephonic contact between PATEL and AMITABAHEN before the staged robbery at Jimmy's Market & Liquors, AMITABAHEN's providing PATEL the name and address of a gas station in Somerset where CW-2 stated that PATEL had organized another staged armed robbery, and AMITABAHEN's participation in the Jimmy's Market & Liquors staged armed robbery as a purported victim, I

---

She indicated that her husband was the one who mostly talked to the attorney, but she did not understand the basis of those discussions.

submit that there is probable cause to believe that AMITABAHEN conspired with PATEL and others known and unknown to engage in visa fraud.

### Austin Liquors, 370 Park Ave., Worcester, MA (October 28, 2023)

51.     On October 28, 2023, at approximately 9:17 a.m., CW-1 entered Austin Liquors and conducted a staged armed robbery. Three purported victims were present, including store employee MITUL Patel.[26]

52.     According to CW-2, PATEL had told MITUL Patel about the staged robbery scheme when they met at an event in New York; CW-1 was also present at the residence at that time. Ultimately, MITUL paid PATEL $60,000 in order to participate in the staged robbery at Austin Liquor's for the purpose of obtaining a U-Visa. MITUL gave the money to a family member, who turned it over to an associate of PATEL at the H Mart parking lot in Quincy, MA.[27]

53.     According to police reports, during the staged armed robbery, CW-1 went behind the store's counter, brandished what appeared to be a firearm, and made a verbal demand for money. He took approximately $200 to $300 from the store register and exited the store.

54.     About 15 minutes after the Austin Liquors store robbery, a Massachusetts State Police (MSP) dispatch, monitoring local law enforcement dispatch to include Worcester Police dispatch, received information of an armed robbery on Park Ave. in Worcester. Information about the robbery and the observations of a vehicle reported to have been involved in staged armed robberies were shared with MSP troopers. MSP stopped the vehicle based on this information and took its two occupants—CW-1 and SINGH— into custody. They were later arrested by Worcester

---

[26] On ███████████████████████████████████████████████████████████████████

[27] ███████████████████████████████████████████████████████████████████

Police Department. The state charges were eventually dismissed, and both were charged federally with conspiracy to commit visa fraud.

55. Based on the visa fraud scheme detailed herein, the discussions between PATEL and MITUL before the robbery, MITUL's participation in the staged armed robbery as a purported victim, and MITUL's payment through his relative to PATEL for the robbery, I submit that there is probable cause to believe that MITUL conspired with PATEL and others known and unknown to engage in visa fraud.

## **CONCLUSION**

56. Based on the foregoing, there is probable cause to believe that from at least March 22, 2023 to October 28, 2023, (1) JITENDRAKUMAR Patel; (2) MAHESHKUMAR Patel; (3) SANJAYKUMAR Patel; (4) DIPIKABEN Patel; (5) RAMESHBHAI Patel; (6) AMITABAHEN Patel; (7) RONAKKUMAR Patel; (8) SANGITABEN PATEL; (9) MINKESH Patel; (10) SONAL Patel; (11) MITUL Patel, and others known and unknown, conspired to commit visa fraud and one or more of such persons committed at least one act in furtherance of the conspiracy.

57. I therefore respectfully request that the Court issue a criminal complaint charging (1) JITENDRAKUMAR Patel; (2) MAHESHKUMAR Patel; (3) SANJAYKUMAR Patel; (4) DIPIKABEN Patel; (5) RAMESHBHAI Patel; (6) AMITABAHEN Patel; (7) RONAKKUMAR Patel; (8) SANGITABEN PATEL; (9) MINKESH Patel; (10) SONAL Patel; and (11) MITUL Patel with violating 18 U.S.C. § 371(a) (conspiracy to commit visa fraud) and issue warrants for their arrests.

*(space left blank intentionally)*